Andrew L. Chang (SBN: 222309)
aching@shb.com
Jamie H. Kitano (SBN: 268078)
jkitano@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:     415.544.1900
Facsimile:      415.391.0281

B. Trent Webb (*Pro Hac Vice*)
bwebb@shb.com
Jonathan N. Zerger (*Pro Hac Vice*)
jzerger@shb.com
Lynn C. Herndon (*Pro Hac Vice*)
lherndon@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone:     816.474.6550
Facsimile:      816.421.5547

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC AND GEOVECTOR CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA LLC, <br><br> Defendant. | Case No. 3:13-cv-02671-WHO <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** <br><br> Trial Date:   TBD <br> Time:          TBD <br> Place:         TBD |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Deadlines.  Having considered the

Parties' Joint Motion and all pleadings and other papers in support thereof; and any further argument

or evidence presented by the parties; the Court concludes that good cause exists for the Parties' Joint Motion. The Court therefore ORDERS that:

- The deadline to serve Plaintiff's Amended Preliminary Infringement Contentions in compliance with Patent L.R. 3-1 and 3-2 is January 24, 2013.
- The deadline to serve Defendant's Preliminary Invalidity Contentions under Patent Local Rules 3-3 and 3-4 (currently set for December 20, 2013) is 30 days following Plaintiffs' service of Preliminary Infringement Contentions that comply with Patent L.R. 3-1, which under the current schedule is February 24, 2014.
- The other deadlines in the case be reset to maintain the orderly progression of the case contemplated by Patent Local Rules, consistent with this Court's previous scheduling order:

| Event | Proposed Date |
| --- | --- |
| Parties exchange proposed terms for construction | 3/10/14 (per P.L.R. 4-1) |
| Parties exchange preliminary claim constructions and extrinsic evidence | 3/31/14 (per P.L.R. 4-2) |
| Parties file Joint Claim Construction and Prehearing Statement | 4/25/14 (per P.L.R. 4-3) |
| Parties complete Claim Construction Discovery | 5/27/14 (per P.L.R. 4-4) |
| Plaintiffs file Claim Construction Brief | 6/9/14 (per P.L.R. 4-5(a)) |
| Defendant files Claim Construction Brief | 6/23/14 (per P.L.R. 4-5(b)) |
| Plaintiffs file Reply Claim Construction Brief | 7/7/14 (per P.L.R. 4-5(b)) |
| Claim Construction Hearing | To be set by the Court |

| Event | Proposed Date |
|---|---|
| Production of documents related to advice of counsel | 50 days after Claim Construction Order (per P.L.R. 3-7) |
| Parties complete Fact Discovery | 90 days after Claim Construction Order |
| Parties designate experts and serve initial reports on issues for which party bears the burden of proof | 30 days after completion of Fact Discovery |
| Parties serve rebuttal reports | 30 days after deadline to designate initial expert reports |
| Parties complete Expert Discovery | 30 days after deadline for rebuttal reports |
| Deadline to File Dispositive Motions | To be set by the Court |
| Pretrial Conference | To be set after Claim Construction Order |
| Trial | To be set after Claim Construction Order |

**IT IS SO ORDERED modified as follows:**

The proposed dates above are accepted. The Claim Construction hearing shall be set at 9 a.m. on August 29, 2014 in Courtroom 12, 19th floor. A tutorial will occur at 9 a.m. on August 22, 2014, also in Courtroom 12. The Court will schedule a further Case Management Conference to set additional dates after issuing the Claim Construction Order.

DATED: January 7, 2014



WILLIAM H. ORRICK
United States District Judge