| | |
|---|---|
| Steven T. Lowe, Esq. SBN 122208<br>Kris LeFan, Esq., SBN 278611<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064<br>Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672<br>kris@lowelaw.com<br><br>Hao Ni, Texas Bar No. 24047205<br>admitted *pro hac vice*<br>hni@nilawfirm.com<br>Neal G. Massand, Texas Bar No. 24039038<br>admitted *pro hac vice*<br>nmassand@nilawfirm.com<br>NI, WANG & ASSOCIATES, PLLC<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiffs<br>Arczar, LLC and GeoVector Corporation | Andrew L. Chang (CA Bar No. 222309)<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, California  94104-4505<br>Email:  achang@shb.com<br>Phone:  (415) 544-1900<br>Facsimile:  (415) 391-0281<br><br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>B. Trent Webb, *admitted pro hac vice*<br>Email: bwebb@shb.com<br>Jonathan A. Zerger, *admitted pro hac vice*<br>Email: jzerger@shb.com<br>Lynn C. Herndon, *admitted pro hac vice*<br>Email: lherndon@shb.com<br>Phone: (816) 474-6550<br>Facsimile: (816) 421-5547<br><br>Attorneys for Defendant<br>SONY COMPUTER ENTERTAINMENT AMERICA LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>                  Plaintiffs,<br><br>  v.<br><br>Sony Computer Entertainment America LLC<br><br>                  Defendant. | Case No. 3:13-cv-02671-WHO<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Ctrm:  E, 17th Floor<br>Judge:  Honorable William H. Orrick |

      Plaintiffs Arczar, LLC and Geovector Corporation on the one hand, and Defendant Sony Computer Entertainment America LLC ("SCEA") on the other hand, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all of Plaintiffs' claims in this action WITH PREJUDICE and all of SCEA's counterclaims in this action WITHOUT PREJUDICE, subject to the terms of that

LEGAL28137918.6

certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 10, 2014, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 25, 2014                             LOWE & ASSOCIATES, P.C.

                                                     By: */s/ Kris LeFan*
                                                         KRIS LEFAN

                                                     Attorney for Plaintiffs
                                                     ARCZAR, LLC AND AND
                                                     GEOVECTOR CORPORATION


Dated: February 25, 2014                             SHOOK, HARDY & BACON, L.L.P.

                                                     By: /s/ Jonathan N. Zerger

                                                     Attorney for Defendant
                                                     SONY COMPUTER
                                                     ENTERTAINMENT AMERICA
                                                     LLC

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiffs Arczar, LLC and Geovector Corporation ("Plaintiffs") and Dismissal Without Prejudice of all counterclaims by Defendant Sony Computer Entertainment America LLC ("SCEA") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiffs against SCEA are hereby DISMISSED WITH PREJUDICE, and all counterclaims by SCEA against Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 10, 2014.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

Dated   February 26, 2014                          
                                                                            Honorable William H. Orrick
                                                                            District Court Judge